AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 17 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Michael Christian Reddicks | ) Case No: 7:03CR00111-001; 7:03CR30098-002 |
| | ) USM No: 10140-084 |
| Date of Previous Judgment: December 15, 2006 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ___ to ___ months    Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The offense level and resulting custody range were produced by the career offender guideline, which is unaffected by the amendment. The defendant was sentenced to 120 months, concurrent, on case 7:03CR00111-001 for being a felon in possession of a firearm.
Note: Another Rule 35(b) motion is pending (filed 11/16/2007), and the government has recommended a further 50-month reduction.

Except as provided above, all provisions of the judgment dated   12/15/2006   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4-17-08

                                                                Judge's signature

Effective Date: _____    Jackson Kiser, Senior United States District Judge
    (if different from order date)                             Printed name and title